Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner) *"Qui desiderat pacem praeparet bellum"*

# UNITED STATES DISTRICT COURT

for the

**Western** District of

**Waco** Division

FILED

December 16, 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ lad _____
DEPUTY

**Michael Orville Anderson II-Pro-Se,**
ETAL

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

**Eddie Lange Sheriff of Bell County etc.**

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.  Do not include addresses here.)*

Case No. **6:20-cv-01155**

*(to be filled in by the Clerk's Office)*

Class Action-Federal Lawsuit Pursuant to: Title 42 Section 1983, "Bivens" 403 U.S 388 (1971)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s) – See Attachment-1

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

1)    Name                                  Michael Orville Anderson II - Pro-Se
      All other names by which              "Head of Class" "Class Representitive"
      you have been known:
      ID Number                             Txdl #: 39974477
      Current Institution                   Bell County Jail
      Address                               2405 South Loop 121, Belton Tx 76513

                                            City          State        Zip Code

### B.     The Defendant(s) – See Attachment-2

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
      Name                                  Eddie Lang and all Successors & Subords
      Job or Title *(if known)*             Sheriff of Bell County
      Shield Number                         Unknown
      Employer                              Bell County Law Enforcement Center
      Address                               2405 South Loop 121
                                            Belton          Tx          76513
                                            City          State        Zip Code
      ☒ Individual capacity     ☒ Official capacity

Defendant No. 2
      Name                                  Shawn Snyder and all Successors & subordinates
      Job or Title *(if known)*             Elections Administrator
      Shield Number                         Unknown
      Employer                              Bell County, County of Bell inc.
      Address                               P.O. Box 1629
                                            Belton          Tx          76513
                                            City          State        Zip Code
      ☒ Individual capacity     ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

### Defendant No. 3

| | |
|---|---|
| Name | ✓ Charles Kimble   and All successor and |
| Job or Title *(if known)* | Cheif Subordinates |
| Shield Number | ? |
| Employer | Killeen  Police  Department |
| Address | 3304 Community Blvd |
| | Killeen                TX |

City                State                Zip Code

☒ Individual capacity     ☒ Official capacity

### Defendant No. 4

| | |
|---|---|
| Name | ✓ Justin K. Carothers and All Successor |
| Job or Title *(if known)* | and all subordinates |
| ~~Shield Number~~ | Voter Registrar |
| Employer | County of Coryell Inc, Coryell County Inc |
| Address | P.O. Box 6 |
| | Gateville                TX     76528 |

City                State                Zip Code

☒ Individual capacity     ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Amendment XV U.S Const, Amend VII US Const, Amend V US Const, Amend. I US Const, Amend XIV US Const, Amend IX U.S Const VI Amendment U.S Const

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Attachment-2 pg-1 of 3

I. Parties to This Complaint (Cont from Pg 3)

B. The Defendants) (Cont)

5.) John/Jane Doe, And All Successors and Subornates
Secretary of state - Texas Inc.
PO Box 13697 / 1019 Brazos St
Austin    Tx        78711
employer: State of Texas (Inc)

(Bivens) → 6.) John /Jane Doe, All Successors and Subornates
Secretary of state - USA, Inc.
2201 C Street  NW
Washington    DC    20520
employer: United States of America (inc) Federal Government

✓ 7.) Virgil Gentry / all Successors and Subornates
Fingerprinting Officer
Killeen Police Department
3304 Community Blvd.
Killeen Tx.

✓ 8). "First name unknown" Gomez /all Successors and Subornates
Coporal K.P.D
Killeen Police Department
3304 Community Blvd
Killeen Tx

Attachment-2 pg 2 of 3

I. Parties to this Complaint (cont. on pg 3)

B. The Defendantss: (Cont.)

9). All Secretarys of Estate, in every other State
excluding Texas and all Successors and Subornates

10) All "Voter Registrars" in every other County in Tx
excluding Corgell County Tx/ all Successors and Subornates

11) All "Voter Registrars" in Every other State and
Every single Individual County within Those States
Excluding Texas and all Successors and Subornates,

12). All Cheifs of Police of all municipalities within
all Counties of all States of The United State
and all Successors and Subornates

13) All Sheriffs of all counties in all States within
The United State and all Successors and Subornt

14)) All incorporated municipalities within Every
County of Every State in the Pat of The United
States, This "Incorporated municipalities" are "persons" operating
'under color of law" for The Purposes of This Class
Action Lawsuits

Attachment-1    pg-1of4

I. Parties to This Complaint (Cont from Pg 2)

A. The Plaintiffs (Description of class)

2). Rodrick Griffin -Prose
   2405 South loop 121
   Belton Tx    76513

3.) Jonnathyn L. Thompson -Prose
   2405 South loop121
   Belton   TX   76513

4.) Micah Schelin-Pro-se
   2405 South loop121
   Belton   Tx       76513

5.) David Carrasco, Pro-se
   2405 South loop 121
   Belton Tx   76513

6.) All Inmates in Bell County Jail housed at 2405 South
   loop 121 Belton Tx 76513 and any other Facilities
   housing Bell County under the authority of the
   sheriff of Bell County, Eddie Lunge. All
   successors and all subordinates housing inmates
   that registered to Vote in, Local, state, and National
   Elections.

Attachment-1 pg 2 of 4

I. The Parties to this Complaint (cont from Pg 2)

A. The Plaintiff(s) (Description of Class)

cont. 7). All Inmates and incarcerated individuals housed at 2405 South loop 121 Belton Tx, 76513, as well as any other yet unknown Facilities housing Inmates and incarcerated individuals the authority of the, sheriff of Bell County, Eddie Lange. All successors and all subordinates housing inmates/individuals, that are registered to vote in, Local, State, and National Election's.

8) All Inmates and incarcerated individuals housed at the Killeen Police Department, Located 3304 Community Blvd, Killeen, Tx 76542 which retain the right to vote in Local, State, and National level Elections. which are being held under authority of Killeen Police Department (Charels Kimble), Cheif of Killeen Police Department, as well as all successors and all subordinates.

9.) All Inmates and incarcerated individuals house at the Killeen Police Department Located 3304 Community Blvd Killeen, Tx 76542. which are registered to vote in Local, state, and National leve Elections. which are being held under authority of Charels Kimble, Cheif of Killeen Police Department, as well successors

Attachment-1 pg 3 of 4

I. Parties to this Complaint (Cont from pg-2)

A. The Plaintiffs- (Description of Class)

Cont 9) all subordinates.

10.) All Inmates and individuals housed in all T.D.C.J run or contracted Facilities that may include Pre-release half way house, Thee quarter houses, and or group homes, which retain the right to vote.

11.) All Inmates and inviduals housed in all T.D.C.J run or Contracted Facilities that may include Pre-release Halkway, Thee quarter houses, and or group homes, which registered to vote.

12.) All Inmates, Pre-trial detainees, Convicted prisoners, pre-release parolees, parolees with "Blue warrants" holds, as well as other yet un-Identified, underscribed incarcerated individuals being housed in Facilities within there respective, specific Municipal Courts, State, or Federal physical location and conditional state of Incarceration housed under lawful authority at the muninicipal, county, state, and Federal levels that are Vote Eligable U.S. Citizens that are recognized by Federal/Goverment as members of a socio-Economicly repressed minority as the incarcerated, yet still retaing their Individual right to vote within their Individual respective, geographic Locations in local, state, and National elections. Regaurdless

Attachment -1 - pg 3 of 21

I. Parties to this complaint (Cont from pg2)

A. The Plaintiff - (Description of Class)

Cont 12.) of their individul conditional state of incarceration within
accordence with their respective state Laws Federal Statue,
and U.S. Constitution, aswell & respective State Constitutions

13). All "individual's" on Criminal Parole and ^{or} Probation, for
State Criminal Violations of Law in all 50 States

14). All "individuals" on Probole or other Forms of Conditional
Release for Violations of Federal Criminal Statutes

15). AIL other Yet Unidentied or Described individaul
in which have Sufferd Similar Violations of Civil
Rights to which This Class Action Suit is
intending to Protect

16). Donald Trump, and
Title: President of The United States of America
employer: The 'United States of America' inc
Address: 1600 Pensylvania AVE.
N.W. Washington D.C. 20500

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

15th, 1st, 5th, 7th, 9th, 14th, 6th, Amendment U.S Const

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Bivens :
The Secretary of State of The U.S.A. is a 'Person' Acting under
Color of law as Federal Employer At The dates & Time The Alongcated
cre ommissions Occur

III.  **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☐  Convicted and sentenced state prisoner

☐  Convicted and sentenced federal prisoner

☒  Other *(explain)*    Parole 'Hold' for T.D.C.J

IV.  **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

See Attachment - 4

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

See-Attachment 4

Attachment -4 pg 1 of

IV. Statement of claim:

A, B, C, D,

Potentionally many There Events giving Rise to This claim But in Reguard of the class Representive The originating Event took place on or Around 10-15-2020 near or by 805 Crockett Killeen, Tx 76541, when The Plaintiff Michael O. Anderson II Applied on line at www.dps.org.com to Reinstate, Renew/Replace Texas Driver License and Also Register to vote see Tx DL-1 The Register Voter Request was fowarded to Justin K Carother, Voter Registar of Coryell County, Tx. Defendant to this Class Action See V.C-1

Defendant Justin K Carothers
Civil Rights Violations: Amendments I, V, XIV, IX, and
XV U.S. Constitution

Claim #1 Malicious and willsully intentional violation of The Plaintiff Right to vote in The 2020 Presidential Election Campaign By Exhibition of possibly Fraudulent and or Civily Liable Neglegent Acts and Omission by Post dating the validation of The Plaintiff Voter Card see V.C-1 to 11-28-2020, 24 days Past the Post mark on Card and Well Past 11-7-2020 The last Day to Vote in Presidential Elections causing severe Emotion Pain & suffering and Mental Anguish suffered Due to Justin K Carother Acts & Omission.

Attachment 4   Pg. 2 of

IV. Statement of Claim:

A.)

Claim 2) Claim / Due to The Acts and Ommission Alledged By Plaintiff The Defendant Justin K. Carrother Voter Registar willfully and Diliberatly Deprived The Plaintiff of his First Amendament Expression of Free Speach By Effectively suppressing The Plaintiff Right to vote in a National Presidential by Intentialy and negently with Malicious intent By Post dating Plaintiff Voter Card till After Election for Presidential 2020 causing severe Emotional Pain & Suffering and unrepairable Mental Anguish By Permendently stripping him of his Voice and Voter Rights in 2020 National Electa.

Claim 3) / The Plaintiff Attest to The Defendant's Justin K Carothers violation of the Plaintiffs Right to "Due Process" under the 5, 14, and 10 and 15 Amendment of U.S. Constitution in Reguards to Claim 1 & 2 listed above in an Exhibition of Daliberates Indifference and Malicious intent Causing Extreme Emotional Pain & Suffering and Permanent Mental Anguish to the Plaintiff.

(a) The Defendant Justin K Carothers is a "person" for the intent and purpose of this Class Action Law suit During the Date and Time Alledged By Plaintiff

Attachment -4 Pg 3 of

IV, Statement of Claim:

cont. (b.) The Plaintiff Attest to the fact that Justin K. Carothers was/is cloaked Under Color of Law for the purpose of this Class Action at the Dates and Time Alledged by Plaintiff.

(c) for the Purpose of this Class Action The "County of "Coryell" Tx is a "Person" acting under "Color of Law" as Employer of Justin K Carother Acting in his Individual and/or Official and Capasity either or Conjoinedly or Individually with Reguards to Coryell County

Attachment-4  Pg 4 of

IV. Statement of Claim:

Defendant Virgil Gentry
Civil Rights violation: Amendment XV, I, XIV, V, IX, VIII, US. Const

Claim 1) For the purpose of this Class Action Defendant
Virgil Gentry is a "person" under "color of law"
individual and/or official Capacity at the Dates and
Time aledged in this Class Action

I The Plaintiff Michael D Anderson II Attest to
the fact that on or about 11-4-2020 at or around
11pm By Exhibition of this 1st Amend. Right to Free
speach that the Defendant violated Plaintiff Civil Rights
listed above Through Diliberate Indeffrence and
Exhibition of inadaquate training Causing The Plaintiff
severe Anxiety and Emotional Pain and Suffering By
laughing at the Plaintiff with Reckless disreguard to
his Civil Rights as he inquired about Voting in the
2020 Presidential Election. Before being Placed on an
48 hour investigation holding. The Above Described
Act & Omission took Place at 3304 Community Blvd
Killeen Tx

→ The Plaintiff Attest To The Belief That Finger print
ing Officer Virgil Gentry is a T.CO.L.E Commissioned officer

Attachment-4 Pg 5 of

IV Statement of Claim:

Defendant Corporal Gomez
Civil Right Violation: Amendment XV, I, XIV, V, IX, VIII, U.S. Cost.

Claim 1) For The purpose of This Class Action The Above Named
Defendant is a "person" "cloake" under color of law in hes
official and of individual Capasity at the Date and Times
Alledged Therin

— The Plaintiff Michael O Aderson II Attest to Attempting
to Invoke his Right to vote in the 2020 Presidential
Election By Exhibition of his 1st Amed Right to Free
Speach on or about 11-4-2020 at or Aboutnd 11pm at
33 04 Community Blvd Killeen Tx. The Plaintiff
Attests to having Ask Corporal Gomez if she was
allowed to Place his vote During the Booking Process.
Corporal Gomez Attested to Be Unaware of        Voting
Rights Policy in the Killeen City Jail. She refferd Me
to Gentry. Showing Clear Poor or inadequate Training,
Supervision, Management, and Neglect Dibiberate Intifferance
to The Plaintiffs (ivil Rights.

Attachment -4 Pg 6

IV Statement of Claim:

Defendant Corporal Gomez (cont.)

Claim 4) Exhibition of his 1st Amendment Right in order
to invoke his 15th Amendment Right to vote in the
2020 Presidential Election. Corporal Gomez willfull
ignorance as a T.C.O.L.E Commissioned officer to
The Civil Right of the Plaintiff Lead to Deprivation
of those Rights Mentioned Above in Addition to
"Due Process" Right Violation under the 8th Amend.
and 14 Amend. Causing Lasting Anxiety, Emotional
Pain & Suffering Mental Anguish and Exasterbation
of Exist Mental and Emotional issue.

Attachment-4 pg2

IV. Statement of Claim:

Defendant: Charles Kimble, Chief of Killeen Police Dept
Violations;
1st, 5th, 8th, 9th, 14th, 15th, 12th   Amendments U.S Constitution

Claim: 1). The Plaintiff Attests to The Defendants
        Charles Kimble, for the Purpose of This Class Action
        as Being a "Person" Cloaked under Color of Law
        as A T.C.O.L.E Commissioned Officer Employed By
        The City of Killeen, In his individual and or Offical
        Capasity, either or Conjoinedly or Individually to his
        Successors and or Subonates,

     a) The Plaintiff Attests To Defendant Kimble's
        "Supervisor Liabilty for failing to Properly oversee
        his Subonates Gomez, and Gentry also Defendants in this
        Claim in with Violated The Plaintiff Civil Rights
        Listed aboune.
           (i) The Plaintiff Attests Defendant Kimbles Diliberate
               Indifferences Too The Plaintiffs Civil Rights
               By Allowing an Custum or Policy that Allowed
               The 🔲 Acts & Ommissions do Occur.

     b) The Plaintiff Attest, to Defendant Kimbles
        Proceedural Due Process Violations under 5th & 14th Amend

Attachment-4 pg 8

IV Statement of Claim:

Defendant: Charles Kimble, "continued"

(Claim 1,b,). in which occure on or About 11-4-2020 at or
near 3304 Community Blvd Killeen Tx
The Plaintiff Attest to The Above Referen
Violations, and acts and Omissions of Gomez
and Gentry Occured as a result of inadequate
Procedural Protections

Defendants: Kimble, Gentry, Gomez Killeen Police Depertemn

(Claim 1) The Plaintiff Attest to The Above Defendents
~~Engaging to a~~ Operating in a Manner Consistant
~~of Ract~~ with The "Appearence of Racketeering"
for The Purpose of Intimidating and Suppress
The Plaintiff. Exhibetion of his Right to Vote
By Invoking his Freedom to & Speak, The
Plaintiff Attest That on 11-4-2020 11pm
At KPD bail, To Being Treat differently
from OtherVoteelig Ible Americans, who
Are Attempting to Express ther intentions
and Desire to Vote in the 2020 Presidential
Electons

Attachment 4-pg 9

IV Statement of Claim:

Defendants: Eddie Lange, Sheriff of Bell County

Violations: $1^{st}, 5^{th}, 8^{th}, 9^{th}, 14^{th}, 15^{th}, 12^{th}$ Amendments, U.S Const

(a) The Defendant Eddie Lange is a "Person" acting under "Color of Law" as a T.C.O.L.E commissioned "Elected" offical Employed By Corgell Bell County at The Bell County Law Enforcement Center Located at 2405 South Loop 121 Belton Tx as the Sheriff of Bell County for The Purposes of This Class Action, in his individal Capasity and or Offical Capasities either or

(b) Corperlonjointly and or Individually with respect To his Co-defendants and or successar and or Subornates

(c) For The Purpose of This Class Action The Plaintiff Attests That Its Co Bell County inc Is a "Person" (doaked under Color of Law"

(claim 1) The Plaintiff Attests to Defendents Langes" "Supervisor Liability" for failing to Diligently Oversee his Subornates" staffing Bell County Jail at 2405 South Loop 121 Belton Tx

Attachment 4 - pg 10

IV Statement of Claim:

Defendant: Eddie Lange - Sheriff of Bellcounts

Claim 1 (continued) specificly the Jailers Staffing The
'Quarentine Unit' to which The Plaintiff was Placed
into on or Around 4-6-2020, at 2405 south Loop 121
Belton Tx. AT this time a tor around 10pm
The Plaintiff Attest to The fact he Attempted
To invoke in 1st Amendment Right, to Express his
Right to Vote under The 15th Amendment & The
Unnamed Jail Expressed That The Election for
President 2020 was Over, Then The Plaintiff
was Told Voting ended in ~~March~~ Oct 2020, Plaintiff
Then Requested step 1 Grievance Process to
File a Grievence for Violating his Civil Right
to Vote And Express Free speech in a Presedent
Election of 2020, The Jailer Said his Complaint
was Not Grievible as in According to Inmate
handbook ~~that~~ I Only have 3 day's on day
of Violation, ~~Then Plaist~~ Plaintiff was Referred
to Shawn Synder Election Aministrator,
Plaintiff wrote Shawn Snyder Attempt-
ing to invoke 15th Amend by way of
1st Amend Uga U.S Mail By Writing Defendant
Snyder at P.O Box 1629 Belton Tx

Attachment 4 - pg 11

IV Statement of Claim:

Defendant: Eddie Lange

Claim 2) The Plaintiff Attests to Defendant Lange Supervisor
Liability for failing to Oversee his Staff Shawn
Snyder Elections Administor, and subornate Jailers
yet Un Known By Name

(a) The Plaintiff attests to Defendants Lange
Diliberate indifference to The Plaintiff Civil
Rights By Allowing a Custom or Polisy that
Allowed The Acts And Ommission to Occur

(b) The Plaintiff Attests to Defendant Langes'
'Procedural Due Process' Violations under 5th
& 14th Amendment, By Allowing his Staff to
Treat Voting Eligable American Differently
Than other Voteng Eligible American simply
because of The Socio-Economicly Repress-
ed Minority The Plaintiff is a Member
of

Attachment-4 pg 12

IV Statement of Claim:

Defendant: Shawn Snyder / all Successors and Subornates

~~Lift~~

Violations: 1st, 5th, 8th, 9th, 14th, 15th, 12th

- For The Pourposes of This Class Action The Defendant Shawn Snyder is a "Person" acting In his Individual and or Official Capasites either Conjoindedly and or Individually withe his Successores, Subornates, and Co-Defendants

- For The Pourposes of This Class Action The Defendant Shawn Snyder is ~~a person~~ Acting under Color of Law as The Election Administrator at Bell County Jail Per Inmate Hand Book see pg 26 (Attached)

- For the Purposes of This Class Action Bell County is a "Person" along with all Defendants to This Class Action At The Dates and Times Alledged

Claim I)  on or About 11-10-2020 At or about 11 pm At B.C.S. 2405 Loop 121 Belton Tx The Plaintiff Atleste to Having wrote

Attachment-4 pg 13

IV Statement of Claim

Defendant: Shawn Snyder

(con't. Claim 1) Elections Administrater Defendant Shawn
ths Snyer, And As of Today December 10 2020
Defendant Snyder has not Responded
(C) Causing a Violation of The Plaintiff(s)
and Class Representitive Anderson Civil
Rights, Defendant Snyder Ignored Plaintiff
SS Exhibition of 1st Amendment Right to
Free speech By Ignoring his Attempts
To Invoke his Right to Vote By "Diliberate
Indifference" Causing The Plaintiff
Extreme Emotional Pain & Suffering
And Lasting Injury having Cause
The Plaintiff to Miss his Opportunity
To Vote in the 2020 Presidental election

(Claim 2) The Plaintiff Attest to further
Procedural Due Process Rights Violation
Under The 5th & 14th Amendments "Supervisor
Liability" By Allowing a Custom or Policy
To Occur That allowed the Act & Omission
To Occur

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.     What date and approximate time did the events giving rise to your claim(s) occur?

See Attachment 4

D.     What are the facts underlying your claim(s)? *(For example:  What happened to you?  Who did what?*
*Was anyone else involved?  Who else saw what happened?)*

See Attachment 1

## V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Severe Emotional Pain & Suffering for Past and Present on going Violations of Civil Rights of The Plaintiff(s) and Class Represcentive, Cause Permanent Lasting Mental Anguish an P.T.S.D along with other Trama Related Emotional and Mental Disorders Yet To Be Mericly Drgenosed

## VI.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

See. Attachment 3 pg1-

Attachment-3 pg 1 of 10

# VI. Relief

## A). Compensatory/Punitive Damages:

1). Plaintiffs seeks to be awarded Punitive/Compansatory civil Damages against the Defendant(s) In their Individual and or Official capacity either or Conjoinedly, individually or Any Combination Therin as this Court Deem appropriate and Just. In an Amount not to exceed:

Five hundred, Billion dollars an zero cents for $500,000,000,000.00 USD

Explaination: The Plaintiff(s) "Class Head" estimates that Nearly 25,000,000 individuals that are incarcerated, on Probation, Parole, or have been Release from Incarceration. Have suffered from the "systemic failure" of Americas Voting and Elections infrastructure due to "Diliberate Indifferance", Poor Training, Poor Managment ineffective Government oversight on all Levels causing "severe Emotional Pain and Suffering" to the Plaintiffs most of whom are of a Socio-Econo-micly repressed minoritys. Individuals within these Minorities Feel Hopeless, Helpless, and Victimized by The Goverment Most "believe" that because of their Past Criminal History or Current Pending charge Excluded them from Voting when in actuality in most states, Most of these Individuals retain at least Partial if not full voting Rights with respect to their individual, states and Federal statutes.

Attachment-3, Pg 2 of 10

<u>cont. Explanation:</u>

The Afore mentioned systemic failure has cost Candidates running for offices on all levels. ^(To include The 2020 Presidential election) Potentially many millions of votes, simply because The individuals within this forgotten Socio-Economicly Repressed minorities were never informed of fact that they have the right to vote. Politicians totally disregued Incarcerated Individuals and Those on Conditional term of release. This Disreguard is call "Diliberate indiffrence."

When many of these Politicians obtain Political office and they do nothing to make these individuals like a part of Society. That is accepted and welcomed Instead during "rehabilitation" we're told to Accomplish "Certain things" yet no reguard is given to "we" as fellow Americans living conditions, physical and Mental health. Emotional issues caused often by experiances, we have endured in Prisons and Jails across America As Pre-trial Detainees, an the Convicted serving Sentences Most of whom are non-Violent Drug offenders that often are ~~upon Release~~ Continuesly Harrassed and "Gang stalked" by Law Enforcement and Neighborhood watch Groups, working in Unison, Then. When we do get released, Most of the plaintiff's feel like Society and The Government has targeted and cast us out from Society as a whole. Mainly because of the Aformentioned "Systemic failure" which includes voting infrastuctersin it's Past and present Configurations.

The Plaintiffes having endured severe, Emotional Pain and suffering due to

Attachment-3pg #30 S #10

## VI Relief

## A). Compensatory/Punitive Damages (Cont. Explanation)

Malicious Denial, Delay, and Deliberate Indifference to our Rights in general But specificly our voting Rights in the form of Intention neglecting to established meaningful efficent system to notify this socio-Economicly Repress group of their Rights to vote and a system that is uniform and not Cumbersome to a person of Average intellect given similar Circumstances.

I Feel $20,000.00 US.D or twenty thousand Dollars zero cents per Potentially "an estimated 25,000,000 plaintiff(s)" is a fair Damages request given the severity of the systematic failure Alledged by the "Head of class" and Plaintiffs in this Class Action lawsuit.

Attachment-3 pg 4 of 10

# VI Relief

## B). Punitive Damages:

1). The Plaintiff(s) seeks to be Awarded, "Punitive Damages" to punish the Defendant(s) in their Individual and or official capasities, either Conjoinedly, individually, or any combination. Their in as this court Deems Appropriate and Just. In any amount the court determines appropriate and Just, To "Punish" Defendant(s) for clear , Exhibition of reckless and Callous indiffrence in Reguards to ongoing, Past, and future Emotional Pain and Suffering endured and to be endured by Plaintiff(s) while fighting to bring these issues before the Court. And the amount of time. It will take for 'Ripple effect to effect the change required to Resolves the Plaintiff(s) claims. The Plaintiff(s) Attest to suffering Past Emotional Pain and Suffering, ongoing mental Anguish as a Result of Malicious, Callous, Diliberate. Indifference experiance Due to the Acts and Omissions of the Defendant(s) in which led to ongoing Violations of the Plaintiff(s) civil Right During the "Systemic failure" Alledge by Plaintiff(s)

Attachment-3 pg5 of $10

# VI Relief

## C). Actual Damages:

1). The Plaintiff(s) Seek to Awarded the Costs of prepairing and filing This Klass Action suit in an Amount to be Determined at the time of award, as Court Deem appropriate and Just.

2). The Plaintiff(s) Seek to Awarded "reasonable" Legal fees to Compensate Attorney should Representation be appointed or Hired to Represent the plaintiff(s) on this Lawsuit.

3). The Plaintiff(s) seek to be Awarded "Nominal Damages" of $1.00 U.S.D. as Vindication for Past and or Current Civil Right Violations for In the event that the Plaintiff is not Awarded any of the forms of Compansators Damages.

4). The Plaintiff(s) Class Representitive seeks to be Awarded any other type or form of "Actual Damages" against The Defendants Individual In Their Individual and or Official Capssacity ts, either Conjoinedly and or Individuals In any Amount or form This Court Deen appropointe and Just

Attachment-3  pg 6 of 10

VI. Relief:

D. Declatory Relief:

1). The Plaintiffs "class Representative" is seeking To be
Awarded "Declatory Relief" in the form of a formal
Declaration Acknowledgeing that the Defendanants while
acting in Their individual and or official Capusities, either
Coinjoinedly or Individeually or Any Combination Therin,
Acted either Maliciously or with Diliberate Indifferance
, or with reckless disreguard. To violate the Civil Rights
of the plaintiff(s) either individicual or Conjoinedly. In
which Led To A Depruation of the Plaintiff(s) Civil
Rights as Attested to in This Class Action

Attachment : 3 pg 7 of 10

VI. Relief.

E). Injuctive Relief :

1). The Plaintiffs "Class Representitive" seeks to be awarded In the
Forn a of "Injuctive Relief." Specificly against The Prisidental
Electoral College of the 2020 Election. For The Purpose of
Halting the Certification and apointent of the Alleged
winner of the 2020 Presidental elections while The Issues of
This Class Action suit are Resolved. The Plaintiffs Request
An Injiection for up to 90 days with the option to
Extend another 90 days.

2). The Plaintiff(s) "Class Representitive" Requests Injunctise
Relief to Be Awarded Against All Defendants Known as
Voter Registar or Registant, ordering a "hand Review" of
All Voter Registar Cards for Illreguarities similar to the
Illregularities Present on Attached Document "U.C.-1 whereas
The voter Registar attempted to and Effectively violated The
Plaintiff(s) Class Representive s Civil Rights To vote and
to Express his Right to vote in The 2020 Presidental
Elections. Notice an U.C-1 The Post mark of 11-2-2020.
in Referencen to The Valid Voter Card Date of 11-28-2020
vcarls 22 days after the Post mark on U.C-1. This time frame
stripped. Plaintiff of his Right to vote and denied him Due
Process."
    The Plaintiff Attest that this Ilregularities may be

Attachment -3  Pg 30 of 910

VI Relief:

E. Injuctive Relief:

2). Common to voter Registar Card across Texas and all 50 states.
And it appears to constitute Fraud on the Part of Voters Registars
and is Clearly indictive of the "system failure of Texas, Coreyell
Countys, and Americas Voter System s Accooss Nation,
Regulation & oversight

without Immedite injuctive Relief million of votes will be
Effectively suppressed. The Plaintiff(s) Request as much
time as this Court will allow in order to fully investigate
The issues Presented Therein.

3). The Plaintiff(s) "class Representive" seeks to be Awarded
Injunctive Relief against The Defendants Known As
secratary of State, in Reguards to there Respective individuals
states in their "official" and or individually deposities as
well as for conjoinedly invividually or And Combination Theirin.
The Plaintiff(s) seek and injunction ordering the Secretarys
of Thor Respective state to order a statewide Recount only
after notifying with Resonable Diligence The socio
Economicls Reppessed Merroits Repressented in this "Class
Action" of Their Respective Rights to vote in The 2020
Presidential Election and Allowing them Resonable Time to
Registar and Cast their vote "Post Facto" By Agreed unpart method
under the Over sight of the Court. The Plaintiff give the

Attachment-3  Pg 9 of 10

VI. Relief:

E. Injunctive Relief:

3). (Cont.) Explaination: Court The Right to Alter this Injunction in any manner as This Court Deem Appropriate and Just.

4). The Plaintiffs seeks to be granted Injunctive Relief against The Defendents specificly The Secretary of State of The U.S.A. as The Top Federal Government official charged with The Responsibility of Overseeing that and Protecting Voter Rights and Government Accountability & Oversight on State and National Levels, either individually, Officially, and/or Concoined with regard to his Subornates, The Plaintiffs Seek Injunctive Relief in The form of an order from This Court to Allow The Class Defined by This Class Action Suit to be Reasonably Informed of Their Respective Rights To Vote and Be allowed Reasonable Time To Register to Vote And To Allow i Thes 2 Classes Votes To Be Counted and Cast Post facto" in The 2020 Presidential Election, And to Order That Thes New Votes Be Allowed in Respect to Their Respective States And Counties

Attachment-3 pg 10 of 10

VI Relief

E) Injunctive Relief:

(contined.) And That those States be ordered to Re-hand
Counted Including This Class Votes, Then
Ordering Re Certifications of Every State
Voting Counts.

5). The Plaintiffs Seek to Be Award Injunctive
Relief Against The Defendants, Individually and
or Officially, either or Conjoinedly or Individually
In Any Other form or for Any Other Related
Purpose as Pertains to The Scope of This Class
Action Suit. As This Court Deems Appropriate
an Just.

↓  — Emergency Request —  ✓

6). Notice: Time Sensitive Injunction Sought
By Class Representitive on behalf of All Plaintiffs
To This "Class Action" The Plaintiffs Request
An Immeidiate Temporag Restraining Order
from This Court, Ordering a Cease and
Desist of The Presidential Inaugeration
On or Before The 3rd wed of December
2020. This Extreme form of Relief
Is Sought in Consideration of The Extrodinary
Claims Presented in This Class Action.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

    ☒ Yes

    ☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Killeen City Jail, 3304 Community Blvd Killeen Tx
Bell County Loop Jail, 2405 S, Loop 121 Belton Tx

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

    ☒ Yes Bell County Jail

    ☒ No Killeen City Jail

    ☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

    ☐ Yes

    ☒ No

    ☒ Do not know

If yes, which claim(s)? When I Inquired while at Killeen City Jail I Inquired about Voting in 2020 Presidential Elections on or about 11-4-2020. 11pm Corporal Gomez was Unaware of a Voting Procedure as Was Jailer Chairs

While at B.C.S, I was Told That My Complaint was Not Grievable as I was Past 3 days see Exhibit P.(A) Pg 22, 23, 26 was instructed to Contact Mr Synder see Pg 26 To date No response

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

N/A

2.  What did you claim in your grievance?

N/A

3.  What was the result, if any?

N/A

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

I was Told By Unfold's named Jailer, That my complaint was Past 30 days Therefore Not Gridvible, Per Inmate Hand Book

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

→ Informed Kpd Corporal Gomez and was ReScerred to Finger Print Jailer Gentry "Gentry' Chuckled and Placed me in Holding Tank on or about 11-4-2020 11pn
→ while at Bell County Jail I Spoke to Unnamed Jailer while in Quarentine on or about 11-10-2020 was told Complaint Not Grivable
→ wrote Shawn Snyder about Issue And No Reply to date and Called No Answere On listed Numbr

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Was Passively Denied administrative Remedy Through Diliberate Indiffere

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

# VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this
      action?

      ☐ Yes

      ☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is
      more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

      1.    Parties to the previous lawsuit
            Plaintiff(s)        _____
            Defendant(s)        _____

      2.    Court *(if federal court, name the district; if state court, name the county and State)*
            _____

      3.    Docket or index number
            _____

      4.    Name of Judge assigned to your case
            _____

      5.    Approximate date of filing lawsuit
            _____

      6.    Is the case still pending?

            ☐ Yes

            ☐ No

            If no, give the approximate date of disposition.    _____

      7.    What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered
            in your favor?  Was the case appealed?)*

            _____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your
      imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s) _____
    Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3.  Docket or index number

    _____

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit

    _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7.  What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

    _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    12-5-2020

Signature of Plaintiff    _Michael O. Anderson II Pro-Se_

Printed Name of Plaintiff    Michael O. Anderson II Class Head

Prison Identification #    Tx DL: 39974472 / BCS # 1254815

Prison Address    2405 South Loop 121 Belton Tx 76513

|  | City | State | Zip Code |

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

|  | City | State | Zip Code |

Telephone Number    _____

E-mail Address    _____

Notice to Court Clerk

Please file And Distribute

These Documents Inthe

Following Order

**RECEIVED**
December 16, 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY:_____lad_____
DEPUTY

(1st) IFP. Application

2nd) Title 42 section 1983 / Bivens Class Action
Lawsuit

3rd Motion for Certification of Class Action

Notice to Court

Clerk

**RECEIVED**
December 16, 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____lad_____
DEPUTY

This

Document is

The Original

Pleas Copy and Return

Original as Best Courts

Period Copies



Michael O. Anderson, II #1254819
Bell County Law Enforcement Center
113 W. Central
Belton, TX 76513

(Legal)