# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **MICHAEL ORVILLE ANDERSON, II** § | | |
| **(Bell County #1254819)** § | | |
| § | | |
| **V.** § | **W-20-CA-1155-ADA** | |
| § | | |
| **SHERIFF EDDY LANGE, et al.** § | | |

## ORDER OF DISMISSAL

On December 18, 2020, the Court ordered Plaintiff to file a more definite statement answering particular questions. Plaintiff had until January 18, 2021, to comply with the Court's order. Plaintiff requested several extensions and the Court granted a final extension on March 12, 2021, requiring Plaintiff to file his response on or before June 14, 2021. The Court warned Plaintiff that this was the final extension and that his complaint would be dismissed if he failed to respond. To date, Plaintiff has failed to respond to the Court's order.

The Court has the inherent power under Rule 41(b) of the Federal Rules of Civil Procedure to dismiss the case *sua sponte* where necessary to achieve orderly, expeditious disposition of cases. Because Plaintiff has failed to comply with the Court's orders, his case is dismissed for want of prosecution and for failure to obey an order of the Court.

In light of the above, it is therefore **ORDERED, ADJUDGED, and DECREED** that this case be **DISMISSED WITHOUT PREJUDICE** and **CLOSED**.

**SIGNED** on June 17, 2021

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE